UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-22711-GAYLES
(19-CR-20602-GAYLES)

**MICHEL PROENZA MARTINEZ**,

    Movant,

v.

**UNITED STATES OF AMERICA**,

    Respondent.

_____/

## **ORDER**

**THIS CAUSE** comes before the Court on Michel Proenza Martinez's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (the "Motion"). [ECF No. 1]. The Court has reviewed the Motion and the record and is otherwise fully advised.

On May 17, 2021, Michel Proenza Martinez ("Martinez") pled guilty to attempted Hobbs Act Robbery, in violation of 18 U.S.C. § 1951(a) (Count 1) and brandishing a firearm in furtherance of a crime of violence in violation of 18 U.S.C. § 924(c)(1)(A) (Count 2). [ECF No. 77]. On September 9, 2021, the Court sentenced Martinez to 51 months as to Count 1 and 84 months as to Count 2—to run consecutive to Count 1—for a total term of incarceration of 135 months. [ECF No. 96]. Martinez's sentence was affirmed on appeal. *See United States v. Proenza Martinez*, 21-13261, 2022 WL 1788528 (11th Cir. June 2, 2022).

Martinez now moves to vacate his conviction and sentence for Count 2 based on the Supreme Court's decision in *United States v. Taylor*, 142 S. Ct. 2015, 2025 (2022), which held

that a conviction for attempted robbery under the Hobbs Act cannot serve as a predicate offense for a § 924(c) conviction. The Court finds, and the Government does not dispute, that the Motion is timely under 28 U.S.C. § 2255(f). Moreover, the Government concedes that *Taylor* invalidates Martinez's § 924(c) conviction and sentence. *See* [ECF No. 13].[1]  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Michel Proenza Martinez's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [ECF No. 1] is **GRANTED**.

2. Michel Proenza Martinez's conviction under 18 U.S.C. § 924(c) in Count 2 is **VACATED**.

3. Michel Proeza Martinez will be resentenced as to his conviction for Count 1 pursuant to 18 U.S.C. § 1951(a).

4. This action is **CLOSED** and all pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of May, 2023.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

---

[1] The Government asserts, and the Court agrees, that Movant must be resentenced as to Count 1 to account for the United States Sentencing Guideline § 2B3.1(b)(2) enhancement that did not previously apply because of the § 924(c) conviction.